1  MATTHEW D. PEARSON, ESQ. (SBN 122462)
   **THE LAW OFFICES OF WANLAND & SPAULDING**
2  705 University Avenue
   Sacramento, CA 95825
3  Telephone No: (916) 568-6000
   Fax No: (916) 568-6009
4

5  Attorney for Defendant and Cross-Claimant Rakesh Soin

6  GLENN W. PETERSON, ESQ. (SBN 126173)
   JOY C. ROSENQUIST, ESQ. (SBN 214926)
7  **MILLSTONE, PETERSON & WATTS, LLP**
   *Attorneys at Law*
8  2267 Lava Ridge Court, Suite 210
   Roseville, CA 95661
9  Telephone No: (916) 780-8222
   Fax No: (916) 780-8775
10

11 Attorneys for Defendant and Cross-Defendant Rula Khatib

**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| SCOTT N. JOHNSON, | Case No. 2:08-CV-01487-GEB-GGH |
| Plaintiff, | |
| vs. | **STIPULATION TO EXTEND TIME FOR DEFENDANT/CROSS-DEFENDANT RULA KHATIB TO RESPOND TO CROSS-COMPLAINT FILED BY DEFENDANT RAKESH SOIN** |
| RAKESH SOIN, individually and d/b/a WIENERSCHNITZEL #154; RULA KHATIB, | |
| Defendants. | |
| RAKESH SOIN, | |
| Cross-Claimant, | |
| vs. | |
| RULA KHATIB, | |
| Cross-Defendant. | |

IT IS HEREBY AGREED AND STIPULATED THAT:

Counsel for Defendant/Cross-Complainant Rakesh Soin, by and through his attorney of record, Matthew D. Pearson, and Counsel for Defendant/Cross-Defendant Rula Khatib, by and



STIPULATION TO EXTEND TIME FOR RULA KHATIB TO RESPOND TO CROSS-COMPLAINT

1  through her counsel of record, Joy C. Rosenquist, have agreed to extend the date by which Khatib
2  must respond to the Cross-Complaint filed against her by Rakesh Soin, pursuant to Local Rule 6-
3  144.  No previous extensions have been sought.  Rula Khatib is granted a 30 day extension to
4  respond to the Cross-Complaint, with the permission of Rakesh Soin, by and through his counsel,
5  such that a responsive pleading will be filed and served no later than October 3, 2008.

7  DATED:  September 8, 2008                **MILLSTONE PETERSON & WATTS, LLP**
                                             *ATTORNEYS AT LAW*

                                             By:       /s/ JOY C. ROSENQUIST
                                                       JOY C. ROSENQUIST

                                             Attorneys for Defendant/Cross-Defendant
                                             Rula Khatib

    I hereby attest that I have on file all holograph signatures for any signatures indicated by a "conformed" signature (/s/) within this e-filed document.

**MILLSTONE PETERSON & WATTS, LLP**
*Attorneys at Law*
/s/ Joy C. Rosenquist

DATED:  September 8, 2008                    **THE LAW OFFICES OF WANLAND & SPAULDING**

                                             By:       /s/ MATTHEW D. PEARSON
                                                    (AS AUTHORIZED ON SEPTEMBER 2, 2008)

                                             Attorneys for Defendant/Cross-Complainant
                                             Rakesh Soin

**IT IS SO ORDERED.**

SIGNED this 8th day of September, 2008.

_____
                                                                                                  E